**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brook Smith, et al., | No. CV-08-469-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Town of Payson, et al., | |
| Defendants. | |

The Court having received the parties' Notice of Settlement (Dkt. 12),

**IT IS HEREBY ORDERED** that a status conference shall be scheduled in this matter for **Tuesday, August 26, 2008 at 1:30 p.m.** The status conference shall be automatically vacated upon the filing of a Stipulation of Dismissal by the parties.

DATED this 4th day of August, 2008.

Stephen M. McNamee
United States District Judge