**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brook Smith, et al., ) | No. CV-08-469-PHX-SMM |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Town of Payson, et al., ) | |
| ) | |
| Defendants. ) | |

The Court having received the parties' Notice of Settlement (Dkt. 14), and good cause appearing,

**IT IS HEREBY ORDERED** that the above-entitled matter is dismissed with prejudice, each party to bear their own costs. The Clerk of the Court is directed to terminate this matter.

**IT IS FURTHER ORDERED** vacating the status conference set for Tuesday, August 26, 2008.

DATED this 20th day of August, 2008.

Stephen M. McNamee
United States District Judge